**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Francisco SORTO, Defendant—
Appellant.**

**No. 08–6831.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 28, 2008.

Juan Francisco Sorto, Appellant Pro Se. Jonathan Leo Fahey, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Francisco Sorto appeals the district court's order denying his motion·to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Sorto's motion for appointment of counsel and affirm for the reasons stated by the district court. *See United States v. Sorto,* No. 1:96–cr–00251–JCC–2 (E.D.Va. May 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*